(Local Form #1)

# REAFFIRMATION AGREEMENT

| Debtor(s) Name | Case Number |
| --- | --- |
| JUDITH SCHERF MAHLON M. SCHERF | 00-01593JCS |

Creditor's Name

OLD KENT BANK
PO BOX 3663-IL COLLECTIONS

GRAND RAPIDS, MI 49501-

DANIEL M. LaVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST. DIST. OF MICH
2000 MAY -8 A 9:16
FILED

015000000100068489

## PART A - AGREEMENT

Summary of Terms of the New Agreement

Description of Security

1995 MOBILE HOME

| | |
| --- | --- |
| Principal Amount Due | $28882.51 |
| Interest Rate (APR) | 12.7500 % |
| Monthly Payment | $416.67 |
| *Includes:* LHA | $0.00 |
| Extended Warranty | $0.00 |

Present Market Value $28882.51

Please attach any additional written agreement to this form

The parties understand that this agreement is purely voluntary and is not required by any law or by any previous agreement that does not meet the requirements of USC 524(c)(3)(c). The debtor may rescind the agreement at any time prior to discharge or 60 days after such an agreement is filed with the court, whichever is greater, by giving notice of reccession to the creditor.

03/23/2000
Date

Signature of Creditor

Mahlon M Scherf
Signature of Debtor

Judith A. Scherf
Signature of Joint Debtor

## PART B - ATTORNEY'S DECLARATION

This represents a fully informed and voluntary agreement that does not impose undue hardship on the debtor or any dependent of the debtor. The debtor has been fully advised about the legal effect and consequences of this agreement.

5/1/00
Date

Signature of Debtor's Attorney
THOMAS L. RIEGLER

## PART C - MOTION FOR COURT APPROVAL OF AGREEMENT

Complete only when debtor is not represented by an attorney

I (we), the debtor affirm the following to be true and correct:

1) I was not represented by and attorney in the negotiation of this reaffirmation agreement

2) My current monthly net income is $ ____________________

3) My current monthly expenses total $ ____________________

4) I believe that this agreement is in my best interest because ____________________

Add another page if you wish to provide additional information to the court

Therefore, I ask the court for an order approving this reaffirmation agreement.

Date ____________ Signature of Debtor ____________

Date ____________ Signature of Debtor's Attorney ____________

## PART D - COURT ORDER

The court grants the debtor's motion and approves the voluntary agreement upon the terms specified above

Date ____________ Bankruptcy Judge ____________

12

STATE OF MICHIGAN

# CERTIFICATE OF MOBILE HOME TITLE

**FULL RIGHTS TO SURVIVOR*

MANUF. YEAR 1994

MANUFACTURER ENCORE LE

MOBILE HOME SERIAL NUMBER MY9594806

ISSUE DATE 10/28/94

MOBILE HOME TITLE NO. 255E3000240 A

MAILING ADDRESS
MAHLON MILFORD SCHERFAND JUDITH A
SCHERF
1700 ROBBINS RD LOT 121
GRAND HAVEN MI 49417

OWNER(S) NAME AND ADDRESS
MAHLON MILFORD SCHERFAND JUDITH A
SCHERF
1700 ROBBINS RD LOT 121
GRAND HAVEN MI 49417

FIRST SECURED PARTY
OLD KENT BANK OF GRAND HAVEN
233 WASHINGTON
GRAND HAVEN MI 49417

FILING DATE 10-27-94

SECOND SECURED PARTY

FILING DATE

RELEASE OF LIEN

1ST ________ FIRM NAME BY ________ SIGNATURE OF AGENT DATE ________

2ND ________ FIRM NAME BY ________ SIGNATURE OF AGENT DATE ________

The Department of Commerce of the State of Michigan, certifies, that this certificate of title is prima facie proof of ownership issued in compliance with the laws of the State of Michigan. On the date of issuance, the mobile home described was subject to the security interest as shown.

B0552782

MOBILE HOME COMMISSION

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

STOCKS AND BONDS

| Name of Issuing Corporation and Type of Security (All Securities are in the solely and are in my possession except as shown hereon) | Issued in Name of | Number of Shares | Total Market Value |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |

[illegible]

Milford M. Scherf
8-20-99

**Guarantor's Agreement**

Each person who signs below ("Guarantor") unconditionally guarantees payment of all of the borrower's obligations now or hereafter owing under this Installment Loan Agreement. If more than one Guarantor signs below, each Guarantor is jointly and severally liable under this Guarantee. THE GUARANTOR AGREES TO ALL OF THE ADDITIONAL TERMS APPEARING IN THE "OTHER TERMS OF THE BORROWER'S AGREEMENT, OWNER'S AGREEMENT AND GUARANTOR'S AGREEMENT" SECTION ON THE REVERSE SIDE OF THIS AGREEMENT.

Signature: x Milford Scherf

Name: MILFORD SCHERF

Signature: x ______

Name: ______

Address: ~~1926 RIVER DR N~~ 5510 Bowler Rd

~~[illegible]~~ ORLANDO, FL 32822

You acknowledge that you have received a copy of the agreement with all blanks filled and that you have read and understand it. YOU AGREE TO ALL OF THE TERMS ABOVE AND TO ALL OF THE TERMS OF THE INSTALLMENT LOAN AGREEMENT WHICH APPEAR ON THE OTHER SIDE OF THIS AGREEMENT.

Signature: x [signature]
MARLON M SCHERF

Signature: x Judith A. Scherf
JUDITH A SCHERF

Address: 1700 ROBBINS RD LOT 121

GRAND HAVEN MI 49417

**Automatic Payment Authorization**

Debit From: ___ Checking ___ Savings

Routing and Transit # ______

Name of Financial Institution ______

Account # ______

Amount $ ______

Customer Initials ______

Please attach a voided check to insure proper credit to your account.

**INSTALLMENT LOAN AGREEMENT**

These terms are part of your Installment Loan Agreement. You agree to be bound by these terms when you sign on the other side. In this agreement "you," "your" and the "borrower" mean each person who signs this agreement. "We," "us," "our" and the "bank" mean the bank whose name appears on the other side or anyone to whom the bank's interest in this agreement is assigned. In this agreement words printed in capital letters (such as "AMOUNT FINANCED") refer to information on the other side.

Promise to Pay: You promise to pay us the PRINCIPAL AMOUNT and interest on the unpaid balance of the PRINCIPAL AMOUNT from time to time from the date of this loan until it is paid in full at the APPLICABLE INTEREST RATE, which is in effect from time to time. You agree to pay these amounts in installments as and as provided in the PAYMENT SCHEDULE. You also promise to pay us all other amounts which may become due under this agreement when and as provided in the agreement. In this agreement, the unpaid balance of the PRINCIPAL AMOUNT at any point in time is called the "Unpaid Balance."

If a petition for relief is filed by or against you or any guarantor under any chapter of the federal Bankruptcy Code, the entire unpaid balance of what you owe us under this agreement will automatically become due and payable immediately without any further act or notice.

- Applicable Interest Rates: We have established a Premium Rate and a Standard Rate for your loan. The initial applicable interest rate shown in the Borrower's Agreement is the Premium Rate at the start of this loan. Unless your applicable interest rate is based on our Treasury Bill Index (as shown in the Borrower's Agreement) your Premium Rate will not change during this loan. From time to time, however, the Standard Rate may apply, as described below. The Standard Rate is equal to the Premium Rate plus the Standard Rate margin shown in the Borrower's Agreement. If the Premium Rate is based on our Treasury Bill Index, the Standard Rate can change on the first day of each calendar quarter.
- When the Standard Rate Applies: Your applicable interest rate will change from the Premium Rate to the Standard Rate on the day after either of the following events occurs:
  - If your loan is not secured by real estate and you fail to make a payment by the 30th day after it is due.
  - If your loan is secured by real estate and you fail to make a payment by the 20th day after it is due after you have failed to make any previous payment on your loan within 30 days after it was due.

The Standard Rate will be in effect until you have made 12 consecutive monthly payments without being more than 30 days past due on a payment. When that occurs, the applicable interest rate will change back to the Premium Rate as of the next day.

- Determining the Premium Rate: If the applicable interest rate is based on our Treasury Bill Index, your Premium Rate will be an annualized percentage rate equal to the sum of (a) our Treasury Bill Index Rate and (b) the number of additional percentage points indicated in the Borrower's Agreement on the [illegible] of this agreement. Your Premium Rate will be redetermined as of the first day of each calendar quarter and any change will become effective on that date.
- Additional Limitations on Changes: Any change in your applicable interest rate will apply to the Unpaid Balance until the rate changes again under the terms of this Agreement. Your applicable interest rate will never be lower or higher than the limits stated in the Borrower's Agreement.

Our Treasury Bill Index Rate: Our "Treasury Bill Index Rate" is the average of the rates announced by the Federal Reserve Board as the average auction rate for 3-month (13-week) United States Treasury Bills for all U.S. Treasury auctions (except the last one) held during the three-month period immediately preceding each Change Date. U.S. Treasury auctions are generally held weekly and the results are published by the Federal Reserve Board.

If the U.S. Treasury stops regularly issuing United States Treasury Bills with a 3 month (13-week) maturity or regularly holds auctions on other than a weekly basis, or if in our judgment the method specified in this agreement for computing our Treasury Bill Index Rate is, due to changed circumstances, no longer feasible or appropriate to serve the purposes intended, we will choose a new index rate in our own discretion. We will attempt to find an index rate that is based upon information comparable to our Treasury Bill Index Rate. We will give you notice of the new index rate we choose.

Application of Payment: Each of your payments will be applied first to extension fees (if applicable), then to accrued interest, then to insurance premiums (if applicable), then to the unpaid principal balance, then to late charges (if applicable), and then to any other fees or expenses.

Automatic Payment Option: If you chose the automatic payment, you agree to keep sufficient funds in your designated account on the payment due date. If you fail to do so, and we are unable to collect the payment from your account, we will assess a return payment charge of $22.00. We may also terminate your Automatic Payment Option, and issue you a new coupon book.

Return Payment Fees: You will be charged a fee of $22.00 for any payment (whether by check, other payment instrument, or electronic payment request) that is returned or not honored. The fee will be due with your next payment.

Changes in the Payment Schedule: If your applicable interest rate increases, the payments shown in your PAYMENT SCHEDULE might not be sufficient to pay all amounts due under this agreement. If so, you will have to pay the additional amounts due in the following manner:

If the agreement is payable in equal monthly payments, as shown in your payment schedule, you will have to pay additional installments at the same intervals as those shown in the payment schedule until the Unpaid Balance is paid in full at the applicable interest rate. Each additional installment except the final payment will be in the same amount as your regular installments. Your payment schedule will not, however, be extended by more than one year. If you have an unpaid balance one year after the date of your final payment shown in the payment schedule, your entire Unpaid Balance must then be paid in full. The final payment will be an amount necessary to pay all amounts you then owe us under this agreement.

If the final payment shown in your payment schedule is greater than your regular monthly payments, your payment schedule will not be extended. Instead, your final payment will be whatever amount is necessary to pay all amounts you then owe us under this agreement.

It is possible that increases in the applicable interest rate will result in a monthly interest charge greater than your monthly installment payment. If that happens, any excess interest will be added to the balance you owe. You will not, however, have to pay interest on the unpaid interest.

Decreases in the applicable interest rate may reduce the number of installments to be paid under this agreement. With the exception of the final payment, no installment payment may be less than the amount shown in the payment schedule.

Late Payment: If you are late in making a payment, we will continue to charge interest on the Unpaid Balance until the total interest and credit insurance charges, if any, you pay us will be increased. In addition, if you are late in making a payment, you agree to pay us a LATE CHARGE in the amount as described on the other side. The charge will be due with your next payment. Any increase in the total amount you owe us due to late payments will be due at the same time as your last payment.

Early Payment: The FINANCE CHARGE and TOTAL OF PAYMENTS shown are what you will pay if each scheduled installment is paid on the date it is due. You may make earlier payments, make larger payments, or pay the entire unpaid balance at any time, subject to the early payment fee in the Borrower's Agreement on the other side. If a payment reduces the Unpaid Balance, you will pay interest only on the reduced Unpaid Balance. We will credit you with any reduction in credit insurance charges caused by an early payment or larger payment. The loan origination and processing fee will not be reduced or refunded.

Security: To secure payment of all amounts which are due or may become due under this agreement and any and all amounts you now or may in the future owe us under other agreements, you grant us a security interest in any personal property described in the Security section on the other side. In this agreement, that property is referred to as the "collateral". You also grant us a security interest in any proceeds of the collateral, any accessions, attachments or accessories to the collateral, and any proceeds or premium refunds under insurance policies in connection with this agreement.

If this loan is secured by a mortgage on real property (as indicated in the Security section on the other side), you have signed or you agree to sign, or to cause the Owner to sign, a separate mortgage and you agree to be bound by its terms. In this agreement, any real property subject to such a mortgage is referred to as the "mortgaged property". Unless such a mortgage is shown on the other side, your obligations under this agreement are not secured by any security interest in your principal dwelling.

You agree also that we may set off any funds you may have on deposit with us or other money we may owe you against any amounts which may be due and unpaid under this agreement.

Ownership and Protection of the Collateral: You agree that:

- The collateral and the mortgaged property, if any, will be preserved and protected and kept in good condition and repair.
- The collateral will not be used as an implement or tool of trade.
- If the collateral is a motor vehicle, you will not permit the collateral to be used unlawfully or abandoned. If a police agency impounds the collateral, you will notify us immediately and regain possession of it. If the police agency offers the collateral at a public sale, we may purchase it and resell it under the Default section of this agreement. Our cost of doing so will be an additional loan to you under this agreement.
- If the collateral is a motor vehicle, you will not accept a replacement motor vehicle or a refund from the manufacturer or dealer without first notifying us in writing.
- No interest in the collateral or the mortgaged property will be sold, leased, assigned or otherwise disposed of. You will not permit any other mortgage, lien or security interest to be placed on the collateral or the mortgaged property. We may satisfy and discharge any such mortgage, lien or security interest and our payments will be an additional loan to you under this agreement.
- All taxes, assessments, rentals and other fees imposed with respect to the collateral and the mortgaged property will be paid when they are due. If they are not, we may pay them and our expenses will be an additional loan to you under this agreement.
- The collateral will not become real property or a fixture to any real property except the mortgaged property.
- You will promptly sign, or cause others to sign, and give us any documents we reasonably request to create, record and perfect our security interest and mortgage (if any).
- We will be permitted to inspect the collateral and the mortgage property at any reasonable time.

Property Insurance: You agree that you will keep the collateral and the mortgaged property fully insured against damage, destruction and theft (this insurance is called comprehensive and collision coverage for an automobile) with a deductible limit not greater than $500. Your insurance policy must provide that its proceeds will be payable to us to the extent of our interest in the collateral and that the policy may not be cancelled without prior notice to us. You agree to provide us with satisfactory proof of this insurance promptly whenever we request it. If you fail to do so, we may select and purchase this insurance for you (even if you already have the insurance) and our cost of doing so will be an additional loan to you under this agreement. You authorize us to make, adjust and settle claims, to alter, increase or cancel coverage, and to endorse drafts and collect proceeds under this insurance.

Flood Insurance: If the collateral is improved real property or a manufactured home, you agree to pay us a fee to determine whether the collateral is located in an area in which you are required by law to maintain flood insurance. If at any time before the unpaid balance is paid in full it is determined that the flood insurance is required, you agree to provide us the proof of flood insurance within 15 days after we notify you of the flood insurance requirement. The insurance must be in the amount and for the period that we require. The insurance must provide that its proceeds will be payable to us to the extent of our interest in the collateral. If you fail to provide us with proof of the insurance, we may select and purchase the insurance for you (even if you already have it) and our cost of doing so will be an additional loan to you under this agreement. You authorize us to make, adjust and settle claims, to alter, increase or cancel coverage, and to endorse drafts and collect proceeds under the insurance.

OLD KENT

For Bank Use Only

# Installment Loan Agreement

Org 2 00001 Org 3 00600 Org 4 05015
Org 5 15015 Org 6 00233

OLD KENT BANK
PO Box 2990
Grand Rapids, MI 49501-2990
Bank #01

9922415431301

This is an agreement between you and the Bank concerning an installment loan the Bank is making to you. Some of the terms of this agreement are stated below. Additional terms of this agreement appear on the other side.

| Amount Financed | FINANCE CHARGE | ANNUAL PERCENTAGE RATE | Total of Payments |
|---|---|---|---|
| $ 33,027.10 This is the amount we're loaning you. | $ 41,973.50 (v) This is the dollar amount this loan will cost you. | 12.7424 %(v) This is what your loan will cost as a yearly rate. | $ 75,000.60 (v) This is the total amount you will pay if you make all payments as scheduled. |

**Payment Schedule:** This agreement is payable in 180 (v) installments. 180 (v) installments of $416.67 each will be due on the 26th day of each month, beginning 10/26/1999 (v). A single installment of $ ______ (v) will be due on ______ (v).

**Variable Rate Loans:** ☐ This is a variable rate loan.
___ Disclosures about the variable rate feature have been provided to you earlier.
___ Your annual percentage rate may increase during the term of this loan if there is an increase in our Treasury Bill Index, which is based on the auction average rate on 13-week United States Treasury Bills. We may not increase your interest rate more often than once in any three month period. The interest rate will not increase above 24%. If your interest rate increases, you may have to pay more installments of the same amount and you may have to pay a larger final installment. For example, if your agreement were for $7500.00 at 11.00% payable in 48 monthly installments of $193.84 and if the interest rate were to increase to 12.0% after you have paid 6 installments, you would have to pay 1 additional installment and your final payment would be $170.03.

**Late Charge:** If you fail to make any scheduled payment within 1 day after it is due, you must pay a late charge of $25.00 or 5% of the overdue payment amount whichever is greater. If this loan is not secured by real estate and you fail to make a payment by the 30th day after it is due, the applicable interest rate will increase by 3.00 percentage points. If this loan is secured by real estate and you fail to make a payment by the 30th day after it is due, the applicable interest rate will increase by 2.00 percentage points if you fail to make any other payment within 30 days after it is due. The increase will remain in effect until you have gone 12 consecutive months without being more than 30 days past due. No more than one increase can be in effect at a time.

**Prepayment:** If you pay off early, you will X or will not ___ have to pay a penalty. You are not entitled to a rebate of any loan origination and processing fee.

**Security:** Collateral securing other loans with us may also secure this loan. We will have the right to set off any funds you may have on deposit with us or other money we may owe you against what you owe us.
In addition, we will have a security interest in the property described below:
Mobile Home-Used 1994 FAIRMONT ENCORE LE MY9594806
21/999 LID HMBA3

☐ You are purchasing this property with the proceeds of this loan.
☐ This loan is secured by a mortgage on the real property at:

**Other Charges:** Filing Fees $ ______

**Insurance:** Credit life, credit disability, and unemployment insurance are not required. You may request them by initialing below. (Single / Joint)
**Credit life insurance:** A term of 120 months will cost $ 2,642.60
Insurance for the one month Balloon payment will cost $ 0.00
**Credit disability insurance:** A term of 120 months will cost $ 3,150.02
**Unemployment insurance:** A term of ___ months will cost $ ______
**Property Insurance:** You may obtain the insurance required by this agreement from anyone who is reasonably acceptable to us. If we provide it, a term of ___ months will cost $ ______.

**Assumption Policy:** We will not permit someone buying the collateral from you to assume your obligation on its original terms unless we are required to by law.

**More Information:** Additional information about nonpayment, default, our right to require repayment in full before the scheduled date, prepayment penalties and rebates, security interests and other terms is on the other side of this agreement. If a box ☐ is not marked, that term is not applicable. An "e" means an estimate. A "(v)" indicates a term which will change if the applicable interest rate changes.

**Itemization of Amount Financed**
The amount Financed shown above includes:

| | Amount | |
|---|---|---|
| | $ 0.00 | We pay to you. |
| + | $ 0.00 | We pay OKB as a loan processing fee |
| + | $ 0.00 | We pay to: |
| + | $ 0.00 | We pay to: |
| + | $ 27,234.48 | We credit to your account. |
| + | $ 0.00 | We pay to Public Officials or Government Agencies. |
| + | $ 5,792.62 | We pay to insurance companies. |
| = | $ 33,027.10 | Principal Amount |
| - | $ 0.00 | Prepaid Finance charges |
| = | $ 33,027.10 | Amount Financed |

**Acceptance.** The bank accepts this agreement.
[signature] For the bank

Borrower's Agreement 08/27/1999 (Date)

You promise to pay us the PRINCIPAL AMOUNT shown in the Itemization of Amount Financed and interest on the unpaid balance of the PRINCIPAL AMOUNT from time to time at the APPLICABLE INTEREST RATE, according to the terms of this agreement. Your initial applicable interest rate is 12.750 % per year.

If you fail to make payments on time, your applicable interest rate may increase by the amount of the Standard Rate Margin as provided in the "Applicable Interest Rates" section on the other side of this Agreement. The Standard Rate Margin for your loan is 3.00 percentage points.

☐ In addition, on the first day of each calendar quarter (January 1, April 1, July 1 and October 1) until this loan is fully paid, the applicable interest rate will change to an annual interest rate that will be ______ percentage points above our Treasury Bill Index Rate as of that day. Our Treasury Bill Index Rate is based on the average auction rate on 13-week United States Treasury Bills and may change from time to time.

Your applicable interest rate will never be less than ______% per year nor more than ______% per year.
If you pay the entire unpaid balance within the first 12 months of this loan, you will have to pay an early payment fee of $75.00.

You also agree to pay us all other amounts which may become due under this agreement. If more than one person signs below, you are jointly and severally liable under this agreement.

Owner's Agreement: ______

Each person who signs below (the "owner") is an owner of an interest in some or all of the property described in the Security section above. The owner grants the bank a security interest in that property and all proceeds of, or accessions, additions, attachments, or accessories to, that property to secure payment of all of the borrower's obligations under this Installment Loan Agreement. The owner may have executed a mortgage on any real property identified in the Security section. By signing this Owner's Agreement, the owner does not agree personally to pay any of the borrower's obligations under this agreement. The owner agrees to all of the additional terms which appear in the "Other Terms of Borrower's Agreement and Guarantor's Agreement" section on the other side of this agreement.

Signature: x ______
Name: ______
Address: ______

100068489

**OLD KENT**

BANK COPY

2-1537-00 VR 4/28