UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

_____

MAHLON & JUDITH SCHERF                    CASE NO.: SG00-01593
_____ Debtors/

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

### DEBTORS' MOTION FOR CONTEMPT
### FOR VIOLATION OF 11 U.S.C. SECTION 362 OF THE BANKRUPTCY CODE
### AND OTHER RELIEF
### RE: CITIFINANCIAL

The attached motion has been filed with the Bankruptcy Court. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.  (If you do not have an attorney, you may wish to consult one.)**
If you want the court to consider your views on this matter, attend the hearing scheduled for June 29, 2000 at 10:00 a.m. at the United States Bankruptcy Court, 740 Federal Building, 110 Michigan Ave., Grand Rapids, Michigan.
You or your attorney may wish to file a written response explaining your position.  Such response should be **received** at least three business days prior to the scheduled hearing, and should be mailed to the United States Bankruptcy Court, P.O. Box 3310, Grand Rapids, Michigan 49501.  A copy should also be mailed to the party who has filed the motion and to his/her attorney.
If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

_____

Notice returned to Thomas Riegler, Esq., for service of notice and motion upon all interested parties. (June 7, 2000-jm)

June 7, 2000                                  DANIEL M. LAVILLE
date                                          CLERK OF BANKRUPTCY COURT

                                              *Jackie Malone*
                                              BY: Jackie Malone, Deputy Clerk

NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above hearing on the record in open court.  If this occurs, parties in interest will not be given further written notice of the continued or adjourned hearing.  If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be obtained at the Clerk's office from the court files or docket.

**ORIGINAL**